IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-00085-01-CR-W-GAF |
| ) | |
| CLIFFORD BREWSTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 24, 2018, Defendant appeared and entered a plea of guilty to the one-count Superseding Information filed August 24, 2018, before United States Magistrate Judge Sarah W. Hays. On August 29, 2018, Judge Hays issued her Report and Recommendation (Doc. #31). Objections were due on or before September 12, 2018. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 13, 2018